UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Tam Tran Minh,                                                  Civ. No. 06-635 (RHK/RLE)

             Petitioner,

   vs.                                                                          **ORDER**

R.L. Morrison, Warden,

             Respondent.)

* * * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter,

**IT IS ORDERED:**

1.    Petition for a Writ of Habeas Corpus, pursuant to Title 28 U.S.C. §2241 [Doc. No.1] is **GRANTED.**

2.    Respondent is directed to reconsider the date when Petitioner should be assigned to a CCC, in light of the criteria set forth in Title 18 U.S.C. § 3621(b) and without regard to 28 C.F.R. §§ 570.20 and .21.

Dated: May 2, 2006

                                                                     s/ Richard H. Kyle
                                                                     Richard H. Kyle
                                                                       United States District Judge